### EdD program ...reimbursement

Smatt, Richard P. <RSmatt@flagler.edu>

Mon 3/11/2019 7:20 PM

To: Woolfolk, Alan <awoolfolk@flagler.edu>

Hi Alan

I've been inquiring to several Universities about completing my EdD program and was wondering what I need to do and/or submit for the reimbursement program.

I would love to be FT faculty or higher Administration someday soon. Maybe you can guide me or suggest an EdD program?

Thanks

Richard Smatt
Director of the Math, Business, and Economics Learning Center and Professor on Staff.