**Reimbursement and salary?**

Smatt, Richard P. <RSmatt@flagler.edu>
Wed 2/26/2020 12:08 PM
To: Vanden Houten, Arthur <VandenA@flagler.edu>;Woolfolk, Alan <awoolfolk@flagler.edu>

Hi everyone,
I emailed you all a few times but haven't heard back from anyone on any updates with the salary issue and the tuition reimbursement. I sent over multiple salary studies that showed the starting pay of someone in my position with an average starting pay of $60k+. We have been talking about this salary issue/difference for a while now (several years). We are now almost 1/2 way through another semester. I really hope we can do something soon.

I emailed the narrative for the EdD program reimbursement a while ago. Was there something else I needed to do?

Richard Smatt
Director of the Math & Business Learning Center & Professor on Staff
904-819-6431 office
561-371-2901 cell
rsmatt@flagler.edu
[www.flagler.edu](www.flagler.edu)
Please consider the environment before printing this e-mail.
_____

This email contains CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please notify us by reply email and delete this email from your records. Furthermore, the contents of this email do not necessarily represent official policy of Flagler College.