**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**RICHARD SMATT, JR.,**

    Plaintiff,

v.                                                           CASE NO.: 3:24-cv-00284-MMH-JBT

**FLAGLER COLLEGE, INC.,**

    Defendant.

_____/

**DEFENDANT'S REPORT REGARDING
SERVICE AND STATUS OF NON-PARTY DISCOVERY**

Defendant, Flagler College Inc., by and through its undersigned counsel, and pursuant to this Court's Orders dated February 14, 2025, (Doc. 22) and March 4, 2025, (Doc. 23), hereby files the instant report regarding service and status of non-party discovery, and states the following:

1. On February 21, 2025, Counseling Center of New Smyrna Beach was served with a copy of Defendant's Motion and this Court's February 14, 2025, Order, as indicated by the Volusia County Sheriff's Office Return of Service, a copy of which is attached hereto as **Exhibit 1**.

2. Defendant was served with the records requested by the subpoena on February 24, 2025.

Dated this 4th day of March 2025.

Respectfully submitted,

*/s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN (Lead Counsel)**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
*/s/ Kristen C. Diot*
**KRISTEN C. DIOT**
Florida Bar Number: 0118625
kdiot@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant, Flagler College, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of March 2025, a true and correct copy of the foregoing was electronically filed in the United States District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Kristen C. Diot*
**KRISTEN C. DIOT**