EXHIBIT 1

*VOLUSIA SHERIFF'S OFFICE*
*COUNTY OF VOLUSIA*

# SHERIFF'S RETURN OF SERVICE



**ATTORNEY / DEPOSITOR:**

**SNIFFEN & SPELLMAN PA**

123 N MONROE ST
TALLAHASSEE, FL 32301

**SHERIFF'S #:**
**25004149**

| | |
|---|---|
| **COURT:** US DISTRICT COURT | **# ORG DOCUMENTS:** 1 |
| **PLAINTIFF:** RICHARD SMATT JR | |
| **DEFENDANT:** FLAGLER COLLEGE INC | |

| TYPE OF SERVICE | HEARING DATE | HEARING TIME | COURT CASE # |
|---|---|---|---|
| Order | 3/12/2025 | | 3:24-CV-284-MMH-PDB |

I, Michael J. Chitwood, SHERIFF, in and for said county and state do hereby certify that I have received:

**ORDER/ DEFENDENT'S MOT FOR COURT ORDER FOR RELEASE OF COUNSELING/PYSCHIATRIC RECORDS FROM NON-PARTY/EXHIBITS/DEFENDATS FIRST NOT OF PRODUCTION**

On the 20th day of February, 2025 at 3:11 PM, and that I served the same on the 21st day of February, 2025, at the hour of 9:26 AM within the County of Volusia, State of FLORIDA, as follows:

| PARTY TO BE SERVED: | COUNSELING CENTER OF NEW SMYRNA BEACH | TITLE: | |
|---|---|---|---|
| PARTY DESCRIPTION | | | |
| PERSON SERVED: | EDWINA PORTER | TITLE: | OFFICE MANAGER |

OTHER RETURNS:

| ADDRESS SERVED: | 136 JULIA ST NEW SMYRNA BEACH, FL 32168 | | |
|---|---|---|---|
| SERVICE STATUS: | Served | SERVICE BY: | Process Server Kowolchuk, Robert 8949 |

VOLUSIA SHERIFF'S OFFICE
P.O. BOX 2658
DAYTONA BEACH, FL. 32115

*I am a FLORIDA SHERIFF, and I certify that the foregoing is true and correct.*

MICHAEL J. CHITWOOD, SHERIFF
VOLUSIA SHERIFF'S OFFICE
STATE OF FLORIDA

BY: *Robert Kowolchuk 8949*

KOWOLCHUK, ROBERT 8949, PROCESS SERVER

DATE: 2/21/2025
ENTRD BY: EDELGADO