# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RICHARD SMATT, JR.,

    Plaintiff,

v.                          Case No. 3:24-cv-284-MMH-PDB

FLAGLER COLLEGE, INC.,

    Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>. On June 4, 2024, this Court entered a Case Management and Scheduling Order and Referral to Mediation (Dkt. No. 17) directing the parties to conduct a mediation in this matter by June 6, 2025. Accordingly, it is **ORDERED**:

On or before **July 1, 2025**, the parties shall advise the Court as to the status of the mediation.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of June, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record